**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
E-mail: tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
E-mail: abacon@toddflaw.com
21550 Oxnard St., Suite 780
Woodland Hills, California 91367
Telephone: 866-598-5042
Facsimile: 866-633-0228

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA LERNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTSIDE INVESTMENTS DBA MARINA DEL REY TOYOTA, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:21-cv-05907 FMO-SHK<br><br>**NOTICE OF RESOLUTION** |

Plaintiff Angela Lerner ("Plaintiff"), for herself and on behalf of Defendant Westside Investments, Inc. d/b/a Marina Del Rey Toyota (individually, "Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of their differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed by Plaintiff in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

1  //
2  //
3  //
4                                               Respectfully Submitted,
5
6  Dated:    May 13, 2022                       LAW OFFICES OF TODD M. FRIEDMAN, P.C.
7
8                                               By:/s/ Adrian R. Bacon
                                                   Adrian R. Bacon
9
10                                                 *Attorney for Plaintiff*
                                                   *William Loftus, individually and on*
11                                                 *behalf of all others similarly situated*

Manatt, Phelps &
Phillips, LLP
Attorneys at Law
Orange County

- 2 -

NOTICE OF RESOLUTION, CASE NO.
2:21-CV-05907 FMO-SHK

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 13, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rules of Civil Procedure 5.

Dated:   May 13, 2022

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:/s/ Adrian R. Bacon
Adrian R. Bacon

*Attorney for Plaintiff*